UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER M. VERZANI, <br> Defendant. | Case No.: 12-CR-317 YGR <br><br> **ORDER TO SHOW CAUSE** |

The Court is in receipt of a motion and Supplemental Motion for Habeas Corpus Relief under 28 U.S.C. § 2241. (Dkt. Nos. 29, 31.) With respect to the latter, the petitioner requests an order that Mr. Verzani's good time credits be calculated pursuant to the amendment to section 3624(b) in the First Step Act without delay so that he is not held longer than required under law.

The government is hereby Ordered to Show Cause why the motion should not be granted. Such response shall be filed no later than Friday, June 7, 2019. If no response is filed, the Court will surmise that good cause exists to grant to the motion and shall do so. Petitioner is Ordered to file forthwith, but in no event later than June 3, 2019, a proposed form of order.

**IT IS SO ORDERED.**

Date: May 30, 2019

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**